IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. G-01-21 |
| § | CIVIL ACTION NO. G-05-251 |
| DESHAWN ANDREWS § | |

## ORDER OF DISMISSAL

Pursuant to this Court's Opinion and Order of even date herewith, the "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Instrument no. 168) of Deshawn Andrews, is **DENIED in its entirety**.

**THIS IS A FINAL APPEALABLE ORDER.**

**DONE** at Galveston, Texas, this 13th day of January, 2006.

_____
Samuel B. Kent
United States District Judge